John E. Karow, Esq. (014200)
Law Office of John E. Karow
11350 North 104th Place
Scottsdale, AZ 85259
(480) 391-2236
Fax (480) 391-0132
Email:  jeklaw@cox.net
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Klee S. Bethel, M.D., | ) |
| | ) Civil Action No. |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) **ERISA – JURY TRIAL IS NOT** |
| Northwestern Mutual Life | ) **REQUESTED** |
| Insurance Company, | ) |
| | ) |
| Defendant | ) |
| | ) |

**COMPLAINT**

**I. Jurisdictional Statement:**

1.     Klee S. Bethel, M.D.'s claim relates to an "employee welfare benefit plan" as defined by the

Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. The

Policy Owner, an Arizona resident, of the subject Group Long Term Disability Plan is Firstar

Trust Company, Trustee of the Northwestern Mutual Life Group Insurance Trust and constitutes

a plan under ERISA.  Dr. Bethel's employer, Integrated Interventional Pain Management, PC.

d/b/a The Beth-El Clinic, is a covered entity under the Plan. Plaintiff alleges that this Court's

jurisdiction is additionally invoked pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) and

**Law Office of John E. Karow, P. C.**
11350 North 104th Place
Scottsdale, AZ 85259
(480)-391-2236

(f).

2. Venue is proper under ERISA, 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391(b) because such action may be brought in the district where (1) the plan is administered, (2) where the breach took place, or (3) where a Defendant resides or may be found.

3. At all times relevant herein, and for a significant period of time prior thereto, Dr. Bethel was an Anesthesiologist, employed by The Beth-El Clinic, and as such, has standing to bring this action under ERISA, 29 U.S.C. § 1132(a). He is a vested "participant" in the Plan within the meaning of 29 U.S.C. § 1002(7).

4. At all times relevant hereto, Northwestern Mutual Life Insurance Company ("NML") was doing business throughout the United States and within the District of Arizona and was providing welfare benefits, including disability insurance benefits payable under the Plan. NML's principal place of business and headquarters are located in the State of Wisconsin, County of Milwaukee, at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

5. Venue is proper in the District of Arizona. 29 U.S.C. § 1132(e)(2), 28 U.S.C. § 1391.

**II. Nature of Action:**

6. This is a claim seeking an award to Plaintiff of disability income benefits pursuant to a policy of insurance underwritten by the NML to provide Long Term Disability Insurance Benefits ("Plan") to employees of Integrated Interventional Pain Management d/b/a The Beth-El Clinic. This action is brought pursuant to § 502(a)(1)(B) of ERISA (29 U.S.C. § 1132(a)(1)(B).

**III. The Parties:**

7. Plaintiff, Klee S. Bethel, M.D. ("Dr. Bethel"), D.O.B. October 7, 1953, is an adult individual who is a citizen of the State of Arizona, residing in the County of Pinal at 3063 North Holmes Road, Apache Junction, AZ 85119.

8. At all times relevant herein, Dr. Bethel had been an Anesthesiologist employed by the

policyholder, Integrated Interventional Pain Management d/b/a The Beth-El Clinic ("The Beth-El Clinic").

9. The Beth-El Clinic is a Professional Corporation organized and incorporated under the laws of the State of Arizona, with its principal place of business and headquarters located at 4702 E. Southern Avenue, Mesa, AZ 85206.

10. Defendant, Northwestern Mutual Life Insurance Company ("NML"), is, upon information and belief, a mutual organization providing property and casualty insurance and investment products to both individual and business customers through its Property & Casualty, Group Benefits and Mutual Fund businesses in all states, and statutorily required disability insurance plans in certain states.

11. At all times relevant hereto, the Plan constituted an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002(1); and incident to her employment, Dr. Bethel received coverage under the Plan as a "participant" as defined by 29 U.S.C. § 1002(7). This claim relates to benefits under the foregoing Plan.

12. At all times relevant, NML was the fiduciary of the Long Term Disability Plan within the meaning of ERISA § 3(21), 29 U.S.C. § 1002(21)(A) in that NML was appointed by the Plan Administrator for the Plans as the "named fiduciary" and exercised authority and control over the payment of disability benefits, which are plan assets.

13. NML is also the "appropriate named fiduciary" of the Long Term Disability Plan as described in 29 C.F.R. § 2560.503-1(g)(2), and therefore functioned as the Disability Plan Administrator for claims procedure purposes.

**IV. The Policies:**

14.   On or about January 20, 2009, NML issued Long Term Disability ("LTD") insurance coverage to Integrated Interventional Pain Management, PC, Policy Number L674206 to provide LTD coverage to Employees of Integrated Interventional Pain Management, PC, d/b/a The Beth-El Clinic. **Attached as Plaintiff's Exhibit 1.**

15.   LTD Policy L674206 provides benefits of "*60% of your Predisability Earnings, not to exceed a monthly amount of $6,000.*"

16.   For the first 24 months, LTD Policy L674206 defines "Disability or Disabled" as "*You are Disabled from your Own Occupation if, as a result of Sickness, Injury or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.*"

17.   LTD Policy L674206 defines "Own Occupation" as "*This is any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with your Employer.  Your Own Occupation is not limited to your specific job with your Employer or to your specific area of specialization, interest or expertise within the general occupation.*"

18.   Dr. Bethel is entitled to the maximum benefit of $6,000.00 per month under LTD Policy L674206.

19.   The maximum benefit period for LTD Policy L674206 is to Age 65.

**FAILURE TO PAY BENEFITS DUE UNDER GROUP LONG TERM DISABILITY PLAN**
**The Disability Claim – Extensive Medical History**

20.   On January 20, 2011, Dr. Bethel suffered an acute myocardial infarction (MI).  Dr. Bethel underwent an urgent coronary angiography with percutaneous coronary intervention and stenting of the left descending artery.

21.   During the stenting procedure the second diagonal branch was "jailed" and there was a high

4

grade stenosis of the diagonal branch.

22.    After the MI, Dr. Bethel participated in cardiac rehabilitation.   On February 1, 2011, a Treadmill Graded Exercise Stress Test had to be stopped because Dr. Bethel experienced a cardiac arrhythmia.

23.    On February 11, 2011, Dr. Bethel was reported to have an ejection fraction of 40%. On March 15, 2011, Dr. Bethel was examined by Dr. Robert Hurst who noted that Dr. Bethel was suffering from "a lot of fatigue and tiredness."

24.    Dr. Hurst noted that Dr. Bethel has experienced intolerance to Coreg and Nadolol, which include fatigue, tiredness and hypotension.

25.    Also on March 15, 2011, Dr. Larry Bergstrom noted that Dr. Bethel's main complaint is exhaustion.

26.    On April 29, 2011, a nuclear stress was performed which suggested a small area of lateral ischemia.

27.    After his heart attack, Dr. Bethel was prescribed Zocor 20mg/day, lisinopril 5mg twice a day, Plavix 75 mg per day, coenzyme Q10 120 mg twice a day, Coreg, Nadolol 10 mg per day and aspirin 325 mg per day.

28.    Dr. Bethel continued to experience fatigue and chest pain which necessitated changes in his medications.

29.    On June 1, 2011, Dr. Hurst noted that Dr. Bethel still suffers from fatigue and lack of energy.

30.    Dr. Hurst recommended discontinuing Lisinopril to see if Dr. Bethel has an intolerance to ACE inhibitors.

31.    On this same date an echocardiogram was performed which indicated mild tricuspid valve regurgitation and trivial mitral valve regurgitation.

32.    On June 17, 2011, Dr. Larry Bergstrom noted that Dr. Bethel suffered from "significant

fatigue."

33.    Dr. Bergstrom also noted that Dr. Bethel has to nap in the middle of the day and runs out of energy in the afternoon.

34.    Dr. Bergstrom suggested that Dr. Bethel stop the Zocor to see if that was affecting his energy.

35.    Dr. Bergstrom also discontinued Lisinopril and recommended that Dr. Bethel take "Metabolic Synergy" which contains a broad spectrum of vitamins in order to increase Dr. Bethel's energy.

36.    On November 1, 2012, Dr. Chatham noted that Dr. Bethel is still experiencing "chest pain usually associated with (sic) stress."

37.    On November 28, 2012, Andrew D. Atiemo, M.D. conducted an independent medical evaluation ("IME") of Dr. Bethel at the behest of Phoenix Life Insurance Company ("Phoenix").  Dr. Bethel is the owner of an individual disability policy issued by Phoenix and continues to receive monthly disability benefits from Phoenix.

38.    Dr. Atiemo is Board Certified in Internal Medicine by the American Board of Internal Medicine. Dr. Atiemo also enjoys board certification in the subspecialties of Cardiovascular Disease and Interventional Cardiology.

39.    During the IME on November 28, 2012, Dr. Atiemo conducted a cardiovascular examination of Dr. Bethel and a treadmill stress echocardiogram during which Dr. Bethel noted 5/10 chest pain with maximal exertion.

40.    In his report to Phoenix Life, Dr. Atiemo opined that "*Dr. Bethel is impaired from performing his occupation on a full-time basis at the level prior to his onset of disability.  The impairment is closely related to the fatigue which he describes as being so severe as to limit his concentration.  He also has stressed-induced angina which also would likely limit his ability to work at a level and intensity as he did previously.*"

41.    Dr. Atiemo further opined that "*Due to Dr. Bethel's clinical disability, I do feel that he is*

*impaired from increasing his current work duties.  Given his current fatigue and stressed induced angina, increasing his workload would only worsen his cardiac symptoms and potentially increase his risk of adverse cardiac events.  Dr. Bethel's symptoms are chronic and therefore there is no clear timeframe when his limitations will no longer be a factor.*"

42.  As recently as February 2013, Dr. Chatham recommended that Dr. Bethel undergo a nuclear stress test and wear a Holter monitor in an attempt to determine the cause of Dr. Bethel's arrhythmia and chest pain.

43.  Dr. Bethel continues to experience severe fatigue and intermittent, stress induced angina, which has limited his ability to engage in his occupation on a full-time basis.

## II. The Disability Claim – Claim for Benefits

44.  On November 17, 2011, Dr. Bethel initiated a claim for benefits based on his limited ability to work following myocardial infarction on January 30, 2011.

45.  By letter dated July 30, 2012, NML approved Dr. Bethel's claim for the period from January 30, 2011 through June 1, 2011 and closed Dr. Bethel's claim.

46.  In its letter dated July 30, 2012, NML failed to adequately describe the additional material necessary for Dr. Bethel to perfect his claim and therefore failed to engage in a "meaningful dialogue" with Dr. Bethel as required by ERISA.

47.  NML's outside medical consultant, Henry Garrison, M.D., never examined Dr. Bethel and limited his review to of Dr. Bethel's case to a "paper review" prior to determining that six weeks after the MI, Dr. Bethel had no cardiac limitations.

48.  Dr. Garrison fails to opine as to the effects that Dr. Bethel's fatigue would have on his ability to engage in his own occupation-anesthesiology.

49.  Although the referral question asked Dr. Garrison whether Dr. Bethel had "continuing limitations and restrictions preventing full or part time work for any period after 1/21/11 and

7

continuing", Dr. Garrison limits his opinion to whether Dr. Bethel suffers solely from a "cardiac limitation".

50. Dr. Garrison fails to comment on or even acknowledge that Dr. Bethel's treatment providers were concerned that his fatigue was associated with his medications or the repeated attempts to alter these medications to alleviate this fatigue.

51. Dr. Garrison was acting outside the scope of his license when he rendered his opinion for NML, in that six months prior to reviewing Dr. Bethel's case, the Oregon Board of Medicine placed Dr. Garrison's license on *Emeritus* status.  "*Emeritus*" status is defined by the Oregon Medical Board as a licensee who practices in Oregon *"for no pay or any other type of compensation; these licensees volunteer their medical skills only."*

### III. The Disability Claim – Appeal of Termination

52. By letter dated February 27, 2013, Dr. Bethel appealed NML's July 30, 2012 termination of his LTD benefits.

53. In support of Dr. Bethel's appeal, NML was provided with the following documents:

- Independent Medical Examination Report of Andrew D. Atiemo, M.D., dated November 28, 2012; and

- Medical Records of Joseph L. Chatham, M.D.

54. By letter dated April 16, 2013, NML denied Dr. Bethel's appeal and upheld its termination of LTD benefits.

55. In terminating Dr. Bethel's claim and denying his appeal, NML has "*cherry-picked*" among the medical records by ignoring findings of Dr. Bethel's treating cardiologist who has certified that Dr. Bethel has functional limitations as the result of fatigue and chest pain and instead crediting findings of its own consultant who found no *"cardiac limitations"* and who failed to address functional limitations related to fatigue and chest pain.

8

56.   NML conducted a minimal investigation into Dr. Bethel's medical condition after first receiving his claim. NML's reviewing physicians did not perform their own physical examination of Dr. Bethel; rather, they limited themselves to a "paper review," examining only some of the medical records and treatment notes. This in and of itself may be indicative of an attempt by an insurance company to avoid paying out on a legitimate claim.

## COUNT I – FIRST CAUSE OF ACTION

### [FOR DECLARATORY RELIEF PURSUANT TO 29 U.S.C. § 1132(a)(1)(B)]:

57.   Paragraphs 1 through 56 are incorporated herein by reference as if fully set forth at length.

58.   An actual controversy exists between Dr. Bethel and Defendant arising out of the events alleged herein above. Dr. Bethel contends that Defendant has no legal basis for terminating his LTD benefits, which have been wrongfully withheld.

59.   Dr. Bethel contends that the termination of LTD benefits is a breach of the Long Term disability plan; that the practices of Defendant should be estopped on the basis of equity; that the practices of Defendant are arbitrary and capricious; that the practices of Defendant fail to satisfy the minimum requirements of ERISA; and, the practices of Defendant are barred as a matter of law.

60.   Dr. Bethel contends that Defendant denied him a "full and fair" review of all his records submitted by failing to consider information that was directly related to his Long Term disability claims; minimized and/or failed to review or consider the findings of his treatment providers while simultaneously attaching greater weight to the findings of Defendant's medical consultants.

61.   Dr. Bethel contends that the decision to deny his benefits and deny his appeal for benefits was wrongful, unreasonable, irrational, arbitrary and capricious, solely contrary to the evidence, and contrary to the terms of the policies and the law and an abuse of discretion.

## COUNT II – SECOND CAUSE OF ACTION

### [FOR RECOVERY OF PLAN BENEFITS PURSUANT TO 29 U.S.C. § 1132(a)(1)(B)]:

62.  Paragraphs 1 through 61 are incorporated herein by reference as if fully set forth at length.

63.  Defendant wrongfully denied Dr. Bethel's disability benefits based on an unfair, incomplete, arbitrary and capricious review of Dr. Bethel's medical records and information, and the insufficient and inaccurate reports of its own reviewers.

64.  Dr. Bethel contends that in denying him benefits, Defendant completely failed to address or explain the symptomatology, including fatigue and exhaustion, Dr. Bethel suffered from and the effect that such disabling conditions had on his ability to work.

65.  Dr. Bethel contends that in denying his benefits, Defendant disregarded the substantial evidence, including medical records and other medical reports.

66.  Under the terms of the LTD Plan, Defendant unreasonably breached its promise to provide Dr. Bethel with certain LTD benefits for the maximum benefit period. To date, Defendant has failed to honor this promise and continues to refuse to pay Dr. Bethel the benefits to which he is rightfully entitled.

67.  Dr. Bethel has satisfied all conditions precedent under the LTD Plan and is thus, eligible to receive LTD benefits.

68.  Dr. Bethel has not waived or otherwise relinquished his entitlement to benefits under the LTD Plan.

69.  To date, Dr. Bethel has not been paid the benefits due to him under the terms of the LTD Plan from June 1, 2011 to the present.

70.  Dr. Bethel seeks reimbursement and compensation for any and all benefits he would have received from June 1, 2011, continuing into the future as long as he continues to fulfill the requirements under the LTD plan.

71.     Defendant breached the obligations set forth in the LTD Plan.  Defendant breached its obligations under ERISA to provide Dr. Bethel benefits even though his benefits are covered under the terms of the LTD Plan.

72.     As a direct and proximate result of the aforementioned conduct of the Defendant in failing to pay benefits to Dr. Bethel, he has been damaged in an amount equal to the amount of benefits to which he is entitled under the terms of the LTD Plan.

### Prayer for Relief

**WHEREFORE**, Plaintiff Klee A. Bethel, M.D. prays for judgment as follows:

A.     On Count I:

    1.     Defendant is hereinafter estopped from wrongfully denying Dr. Bethel's benefits under the LTD Plan, without legal basis to do so;

    2.     Defendant is hereinafter estopped from denying Dr. Bethel's benefits as the denial of such benefits is a breach of the LTD Plan;

    3.     Defendant is hereinafter estopped on the basis of equity from continuing to deny disability benefits, wrongfully withheld from Dr. Bethel;

    4.     Defendant is hereinafter estopped from wrongfully denying benefits to Dr. Bethel contrary to clear, compelling and substantial medical and functional evidence.

    5.     Plaintiff requests payment of reasonable attorney fees, costs and interest.

    6.     Plaintiff requests such other and further relief as the Court deems appropriate.

B.     On Count II:

    1.     Plaintiff requests a declaration of Dr. Bethel's right to benefits (past, present and future) under the terms of the LTD Plan;

    2.     Payment of all past benefits due to Dr. Bethel under the terms of the Plan, with an award of pre-judgment interest;

3.      Payment of reasonable attorney fees, costs and interest.

4.      For such other and further relief as the Court deems appropriate.

Dated this 12th day of December, 2014.

                                        Law Office of John E. Karow

                                        /s/John E. Karow
                                        John E. Karow
                                        11350 North 104th Place
                                        Scottsdale, AZ 85259

**EXHIBIT A**

## SUMMARY OF INSURANCE BENEFITS



**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

HOME OFFICE: 720 East Wisconsin Ave., Milwaukee WI 53202
GROUP INSURANCE ADMINISTRATION: PO Box 2177, Portland OR 97208

| | |
|---|---|
| **POLICY NUMBER** | L665000 |
| **NAME OF POLICYOWNER** | Firstar Trust Company, Trustee of The Northwestern Mutual Life Group Insurance Trust |
| **EMPLOYER ID** | L674206 |
| **NAME OF EMPLOYER** | Integrated International Pain Management PC |
| **TYPE OF COVERAGE** | Group Long Term Disability |
| **POLICY EFFECTIVE DATE** | October 1, 1996 |
| **EMPLOYER EFFECTIVE DATE** | January 20, 2009 |

The Northwestern Mutual Life Insurance Company agrees to pay the benefits provided by the Summary Of Insurance Benefits, in accordance with the provisions of the Summary Of Insurance Benefits.

Subject to The Contract provision, the Summary Of Insurance Benefits (a) is issued for the Initial Rate Guarantee Period shown in the **Specifications**; and (b) may be renewed for successive renewal periods by the payment of the Premium on each renewal date, provided the number of persons insured on each renewal date is neither less than the Minimum Participation Number nor less than the Minimum Participation Percentage shown in the **Specifications**. The length of successive renewal periods will be determined by the Company, but will not be less than 12 months.

All provisions on this and the following pages are part of the Summary Of Insurance Benefits. The Policy contains numerous optional and variable provisions. Only those provisions which appear in the Employer's Summary Of Insurance Benefits will apply to the Employer's participation under the Policy. The terms "you" and "your" refer to the insured Member. The term "the Company" refers to Northwestern Mutual Life Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear capitalized and in boldface type.

The Northwestern Mutual Life Insurance Company

By

President and C.E.O.                               Secretary

## Guide To Summary Of Insurance Benefits Provisions

SPECIFICATIONS ........................................................................................................1

SECTION 1. BECOMING INSURED ...........................................................................6
      1.1 INITIAL EFFECTIVE DATE IF INSURANCE IS CONTRIBUTORY ...................6
      1.2 INITIAL EFFECTIVE DATE IF INSURANCE IS NONCONTRIBUTORY ...........6
      1.3 DELAYED EFFECTIVE DATE ..............................................................7
      1.4 ACTIVE WORK REQUIREMENT ...........................................................7
      1.5 REPLACEMENT COVERAGE ...............................................................7
      1.6 INCREASED INSURANCE ....................................................................7
      1.7 INCONTESTABILITY ..........................................................................7

SECTION 2. BENEFITS ...............................................................................................8
      2.1 INSURING CLAUSE ...........................................................................8
      2.2 BENEFIT TERMS ..............................................................................8
      2.3 DEFINITION OF DISABILITY .............................................................10
      2.4 WORKING WHILE DISABLED .............................................................11
      2.5 BENEFIT AMOUNTS.........................................................................11
      2.6 WAIVER OF PREMIUM .....................................................................12
      2.7 SURVIVOR BENEFIT .........................................................................12
      2.8 ASSIGNMENT .................................................................................12
      2.9 CONTINUATION OF BENEFITS ...........................................................12
      2.10 WHEN BENEFITS END ....................................................................12
      2.11 REHABILITATION BENEFIT ..............................................................13
      2.12 REASONABLE ACCOMODATION EXPENSE BENEFIT ............................13

SECTION 3. BENEFIT PROVISIONS...........................................................................13
      3.1 OTHER INCOME...............................................................................13
      3.2 EXCEPTIONS TO OTHER INCOME .......................................................13
      3.3 RULES FOR OTHER INCOME .............................................................14
      3.4 TEMPORARY RECOVERY AND SEPARATE DISABILITIES..........................15
      3.5 EXTENDED DISABILITY ....................................................................15
      3.6 MISSTATEMENT OF AGE ..................................................................15

SECTION 4. CONTINUITY OF COVERAGE ................................................................16

SECTION 5. EXCLUSIONS AND LIMITATIONS ...........................................................16
      5.1 PREEXISTING CONDITION EXCLUSION ...............................................16
      5.2 OTHER EXCLUSIONS .......................................................................17
      5.3 LIMITATIONS .................................................................................17

SECTION 6. TERMINATION........................................................................................18
      6.1 WHEN INSURANCE ENDS...................................................................18
      6.2 REINSTATEMENT OF INSURANCE .......................................................18
      6.3 CONVERSION OF INSURANCE ............................................................19

SECTION 7. CLAIMS ................................................................................................20
      7.1 FILING A CLAIM .............................................................................20
      7.2 PROOF OF LOSS .............................................................................20
      7.3 DOCUMENTATION ...........................................................................20

7.4 TIME OF PAYMENT........................................................................................20
7.5 PAYMENT OF CLAIM.....................................................................................20
7.6 INVESTIGATION OF CLAIM...........................................................................20
7.7 NOTICE OF DECISION ON CLAIM .................................................................20
7.8 REVIEW PROCEDURE....................................................................................21
7.9 TIME LIMITS ON LEGAL ACTIONS ...............................................................22

**SECTION 8. ALLOCATION OF AUTHORITY**........................................................22

**SECTION 9. PREMIUMS**.......................................................................................23
9.1 AMOUNTS.....................................................................................................23
9.2 CHANGES......................................................................................................23
9.3 PAYMENT OF PREMIUM ...............................................................................23
9.4 GRACE PERIOD.............................................................................................23
9.5 PREMIUM ADJUSTMENTS .............................................................................24

**SECTION 10. THE CONTRACT**.............................................................................24
10.1 ENTIRE CONTRACT, CHANGES ...................................................................24
10.2 DIVIDENDS ..................................................................................................24
10.3 CERTIFICATES .............................................................................................24
10.4 RECORDS AND REPORTS .............................................................................25
10.5 EFFECT ON WORKERS' COMPENSATION, STATE DISABILITY INSURANCE........25
10.6 TERMINATION OF CONTRACT......................................................................25
10.7 EMPLOYER PARTICIPATION UNDER THE POLICY .......................................26

## Index Of Defined Terms

The page number shown below is where the term is defined.  For terms defined by an entire section, the page number below is the page on which that section begins.

Active Work Requirement...................................................................................................7
Actively At Work, Active Work ......................................................................................7
Advance Notice Period.....................................................................................................5
Any Occupation Income Level.........................................................................................3
Any Occupation Period ....................................................................................................3
Beginning Date.............................................................................................................2, 8
CPI-W...............................................................................................................................10
Disability Coverage From All Coverages ........................................................................2
Disability Coverage Limit................................................................................................2
Earnings Period ................................................................................................................3
Eligibility Waiting Period For Insurance ........................................................................1
Employer ..........................................................................................................................1
Evidence Of Insurability .................................................................................................6
Exclusion Period...............................................................................................................4
Grace Period .....................................................................................................................5
Hospital ............................................................................................................................17
Indexed Predisability Earnings........................................................................................10
Initial Rate Guarantee Period ..........................................................................................5
Injury ...............................................................................................................................10
Insurance Increase ...........................................................................................................17
Loss Of Earnings .............................................................................................................11
LTD Benefit .....................................................................................................................3
Material Duties.................................................................................................................11
Maximum Benefit.........................................................................................................2, 8
Maximum Benefit Period .............................................................................................3, 9
Member ............................................................................................................................1
Mental Disorder...............................................................................................................17
Minimum Benefit .............................................................................................................2
Minimum Participation Number.......................................................................................5
Minimum Participation Percentage ..................................................................................5
Monthly Earnings ............................................................................................................2
Noncontributory ..............................................................................................................2
Other Income ...................................................................................................................13
Own Occupation...............................................................................................................11
Own Occupation Income Level........................................................................................3
Own Occupation Period ...................................................................................................3
Partially Disabled ............................................................................................................11
Physician Or Practitioner.................................................................................................10
Policy Effective Date........................................................................................................1
Policy Number..................................................................................................................1
Policyowner......................................................................................................................1
Predisability Earnings.......................................................................................................9
Preexisting Condition ..................................................................................................4, 17
Pregnancy .........................................................................................................................10
Premium Due Dates..........................................................................................................5

Prior Plan ........................................................................................................................7
Proof Of Loss ................................................................................................................20
Proportionate Benefit ..............................................................................................3, 11
Sickness ..........................................................................................................................10
Substance Abuse Or Dependency ..............................................................................17
Survivor Benefit ............................................................................................................12
Temporary Recovery ....................................................................................................15
War ..................................................................................................................................17
Work Earnings ..............................................................................................................12

## SPECIFICATIONS

This section contains many of the features of your long term disability (LTD) insurance. Other provisions, including exclusions, limitations, and Other Income, appear in other sections. Please refer to the text of each section for full details. **The Guide To Summary of Insurance Benefits Provisions and Index of Defined Terms** help locate sections and definitions.

### GENERAL INFORMATION

| | |
|---|---|
| **Policy Number:** | L665000 |
| **Policyowner:** | Firstar Trust Company, Trustee of The Northwestern Mutual Life Group Insurance Trust |
| **Employer ID:** | L674206 |
| **Employer:** | Integrated International Pain Management PC |
| **Policy Effective Date:** | October 1, 1996 |
| **Employer Effective Date:** | January 20, 2009 |
| **Policy Issued In:** | Wisconsin |

### SECTION 1. BECOMING INSURED

**To become insured you must:**
* Be a Member;
* Complete your Eligibility Waiting Period For Insurance; and
* Meet the other requirements in **Section 1. Becoming Insured.**

**Definition of Member:**
* An active sole proprietor, partner or employee of the Employer;
* A citizen or resident of the United States or Canada; and
* Regularly working 30 or more hours per week for the Employer.

You are not a Member if you are:

* A temporary or seasonal employee; or
* A full time member of the armed forces of any country.

**Eligibility Waiting Period For Insurance:**

This is the period you must be a Member before you become eligible for insurance.

You meet the Eligibility Waiting Period For Insurance on the later of:

* The effective date of your Employer's participation under the Policy; and
* The first day of the calendar month coinciding with or next following your meeting the Definition of Member for 90 consecutive days.

**Evidence of Insurability:**    Required for:

* Late application for Contributory insurance;
* Reinstatements if required; and
* Members eligible but not insured under the Prior Plan.

**Member Contributions:**    **Noncontributory.** The Policyowner or Employer pays the entire premium for your insurance.

## SECTION 2.  BENEFITS

**2.2 BENEFIT TERMS**

**Beginning Date:**    91st day of Disability in the first 120 days after the date you become Disabled.

**Maximum Benefit:**    60% of your Predisability Earnings, not to exceed a monthly amount of $6,000.  Your Maximum Benefit will be reduced when your Disability Coverage From All Policies exceeds your Disability Coverage Limit.

**Disability Coverage From All Coverages:**    Your Maximum Benefit plus the sum of the maximum disability income benefits, prior to indexing, payable to you under all other policies.

**Disability Coverage Limit:**    80% of your Monthly Earnings.

**Monthly Earnings:**    Your earnings from all employers, defined using the same rules and time frame as Predisability Earnings, plus your average monthly bonus.  The average monthly bonus equals 1/12th of the average annual bonus from all employers over the last three years.

**When reduced, your Maximum Benefit equals:**    Your Maximum Benefit; multiplied by the Disability Coverage Limit divided by your Disability Coverage From All Policies.

**Minimum Benefit:**    $100.

| | |
|---|---|
| **Maximum Benefit Period:** | Determined by your age when Disability begins, as follows: |
| Age | Maximum Benefit Period |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | to age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

| | |
|---|---|
| **Predisability Earnings:** | Based on your last full day of Active Work. |
| **Earnings Period:** | The preceding 12 calendar months. |

## 2.3 DEFINITION OF DISABILITY

| | |
|---|---|
| **Own Occupation Period:** | The first 24 months for which benefits are paid. |
| **Any Occupation Period:** | From the end of the Own Occupation Period to the end of the Maximum Benefit Period. |
| **Partial Disability:** | Covered. |
| Own Occupation Income Level: | 80% of your Indexed Predisability Earnings. |
| Any Occupation Income Level: | 80% of your Indexed Predisability Earnings. |

## 2.5 BENEFIT AMOUNTS

| | |
|---|---|
| **LTD Benefit:** | Your Maximum Benefit minus your Other Income. |
| **Proportionate Benefit:** | Your LTD Benefit multiplied by your Loss of Earnings, divided by your Indexed Predisability Earnings. |

## 2.7 SURVIVOR BENEFIT

| | |
|---|---|
| **Amount:** | A lump sum equal to three times your Maximum Benefit. |
| **Estate Payment:** | Yes |

## SECTION 3. BENEFIT PROVISIONS

## 3.1 OTHER INCOME

| | |
|---|---|
| **Social Security Offset:** | Any amount you or your dependents receive or are eligible to receive because of your disability or |

retirement under the Federal Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act is Other Income.

Benefits your spouse or children receive or are eligible to receive because of your disability are Other Income regardless of status, custody, or place of residence.

**Sick Pay or Salary Continuation Offset:**

The amount of sick pay or other salary continuation (but not vacation pay) paid to you by your Employer which, when added to your Maximum Benefit, exceeds 100% of Indexed Predisability Earnings is Other Income.

## SECTION 5. EXCLUSIONS AND LIMITATIONS

### 5.1 PREEXISTING CONDITION EXCLUSION

**Preexisting Condition Period:**

The 180-day period just before the date your insurance becomes effective.

**Exclusion Period:**

The first 24 months you are insured.

### 5.2 OTHER EXCLUSIONS

* Intentionally self-inflicted injury;
* War.

### 5.3 LIMITATIONS

* Mental Disorder And Substance Abuse Or Dependency;
* Care Of A Physician Or Practitioner.

## SECTION 6. TERMINATION

### 6.1 WHEN INSURANCE ENDS

**Leave of Absence Period:**

Insurance is continued while on a leave of absence scheduled to last 30 days or less.

### 6.3 CONVERSION OF INSURANCE

**Conversion of Insurance:**

When your insurance under the Summary Of Insurance Benefits ends you may have the right to purchase group LTD conversion insurance.

## SECTION 9. PREMIUMS

### 9.2 CHANGES

**Initial Rate
Guarantee Period:**

| | |
|---|---|
| **Policy:** | One Year. |
| **Employer Participation:** | The first 12 months of participation under the Policy. |
| **Advance Notice Period:** | 31 days. |

### 9.3 PAYMENT OF PREMIUMS

| | |
|---|---|
| **Premium Due Dates:** | The effective date of your Employer's participation under the Policy and the first day of each calendar month thereafter. |

### 9.4 GRACE PERIOD

| | |
|---|---|
| **Grace Period:** | 31 days. |

## SECTION 10. THE CONTRACT

### 10.6 TERMINATION OF CONTRACT

**Minimum Participation:**

**Number:**

| | |
|---|---|
| **Policy:** | 2 insured Members. |
| **Employer Participation:** | 2 insured Members. |
| **Percentage:** | 100% of Employer's Members. |
| **Advance Notice Period:** | 31 days. |

## SECTION 1. BECOMING INSURED

### 1.1 INITIAL EFFECTIVE DATE IF INSURANCE IS CONTRIBUTORY

You are eligible for insurance if you are a Member who has completed the Eligibility Waiting Period For Insurance shown in the **Specifications**. To become insured for Contributory insurance you must also apply in writing and agree to pay premiums. Subject to the Active Work Requirement, your insurance will become effective as determined in this section. The **Specifications** states whether your insurance is Contributory or Noncontributory.

**Evidence Of Insurability Not Required.** Insurance not subject to Evidence Of Insurability will become effective on:

* The date you meet the Eligibility Waiting Period For Insurance, and you apply on or before that date; or

* The date you apply, if you apply within 31 days after the date you meet the Eligibility Waiting Period For Insurance.

**Late Application.** Evidence Of Insurability is required if you apply for Contributory insurance more than 31 days after the date you meet the Eligibility Waiting Period For Insurance.

**Evidence Of Insurability Required.** Insurance subject to Evidence Of Insurability will become effective on the date the Company approves your Evidence Of Insurability.

**Evidence Of Insurability.** When required you must:

* Complete the forms required by the Company;

* Sign the forms which allow the Company to obtain information about you;

* Provide, at your expense, other information the Company may reasonably require for determining your insurability; and

* Undergo a physical examination, if required by the Company.

### 1.2 INITIAL EFFECTIVE DATE IF INSURANCE IS NONCONTRIBUTORY

You are eligible for insurance if you are a Member who has completed the Eligibility Waiting Period For Insurance shown in the **Specifications**. Subject to the Active Work Requirement, your Noncontributory insurance will become effective as determined in this section.

**Evidence Of Insurability Not Required.** Insurance not subject to Evidence Of Insurability will become effective on the date you meet the Eligibility Waiting Period For Insurance.

**Evidence Of Insurability Required.** Insurance subject to Evidence Of Insurability will become effective on the date the Company approves your Evidence Of Insurability.

**Evidence Of Insurability.** When required you must:

* Complete the forms required by the Company;

* Sign the forms which allow the Company to obtain information about you;

* Provide, at your expense, other information the Company may reasonably require for determining your insurability; and

* Undergo a physical examination, if required by the Company.

### 1.3 DELAYED EFFECTIVE DATE

If you do not meet the Active Work Requirement, the effective date of your insurance is delayed. Delayed insurance becomes effective on the day after you complete one full day of Active Work.

### 1.4 ACTIVE WORK REQUIREMENT

The Active Work Requirement is met if you are a Member who is Actively At Work on the day before the scheduled effective date of your insurance. It is also met if you:

* Are capable of Active Work on that day, but are absent due to vacation, holiday, or scheduled day off; and

* Were Actively At Work on the last scheduled work day before the absence.

**Actively At Work** and **Active Work**. This means you are performing the Material Duties of your Own Occupation at your Employer's usual place(s) of business.

### 1.5 REPLACEMENT COVERAGE

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Policy, you do not have to meet the Eligibility Waiting Period For Insurance shown in the **Specifications**. If insurance is Contributory and if you were eligible for insurance under the Prior Plan for more than 31 days but were not insured, you must provide satisfactory Evidence Of Insurability to become insured under the Summary of Insurance Benefits.

**Prior Plan**. This means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's participation under the Policy and which is replaced by the Summary Of Insurance Benefits.

### 1.6 INCREASED INSURANCE

An increase in your insurance does not become effective until you meet the Active Work Requirement. However, if you meet the Active Work Requirement while Disabled or during a period of Temporary Recovery, you will not qualify for any increase in insurance.

### 1.7 INCONTESTABILITY

**Incontestability Of Member's Insurance.** When Evidence Of Insurability is required, the Company relies on the information provided. Any statement you make to obtain insurance is a representation and not a warranty. The Company may contest the validity of your insurance or reduce or deny a claim if:

* The information you provide contains a misrepresentation;

* Your insurance would not have been approved if the Company had known the truth; and

* The Company has given you a copy of the written instrument signed by you which contains the misrepresentation.

After your insurance has been in effect for two years, the Company will not use a misrepresentation to contest its validity or reduce or deny your claim for a Disability that begins after the two year period, unless the misrepresentation was fraudulent.

**Incontestability Of The Policy Or Employer Participation Under The Policy.** Any statement made by the Policyowner to obtain the Policy or made by an Employer to participate under the Policy is a representation and not a warranty.

No misrepresentation by the Policyowner or Employer will be used to deny a claim, to deny the validity of the Policy or the validity of an Employer's participation under the Policy unless:

* The Policy would not have been issued or participation under the Policy would not have been approved if the Company had known the truth; and

* The Company has given the Policyowner or Employer a copy of a written instrument signed by the Policyowner or Employer which contains the misrepresentation.

The validity of the Policy or an Employer's participation under the Policy will not be contested after it has been in force for two years, except for nonpayment of premiums or fraudulent misrepresentation.

## SECTION 2. BENEFITS

### 2.1 INSURING CLAUSE

Benefits become payable for your Disability only if:

* You become Disabled while insured under the Policy;

* You are under the ongoing care of a Physician Or Practitioner;

* Your Disability results from an Injury, Sickness, or Pregnancy;

* You give the Company satisfactory Proof Of Loss within 90 days after the Beginning Date;

* Your Disability is not excluded under **Section 5. Exclusions And Limitations**; and

* You meet all other terms of the Policy.

### 2.2 BENEFIT TERMS

**Beginning Date.** This is the date on which benefits begin to accrue after you become Disabled. Benefits are not payable for the time you are Disabled before the Beginning Date. See Specifications.

**Maximum Benefit.** Your Maximum Benefit is shown in the **Specifications**. The Maximum Benefit may be reduced as defined in the **Specifications**. Disability Coverage From All Coverages will be used to determine your Maximum Benefit when you have the right to receive them. If benefits from Disability Coverage From All Policies are payable in a lump sum or on a basis other than monthly, the Company will prorate these benefits over the period of time to which they apply. If no period of time is stated, the Company will use a reasonable one.

**Minimum Benefit.** Your Minimum Benefit is shown in the **Specifications**.

**Maximum Benefit Period.** This is the longest period for which benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins on the Beginning Date. No benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Specifications**.

**Predisability Earnings.** Your Predisability Earnings for each uninterrupted period of Disability will be the Predisability Earnings in effect on the date shown in the **Specifications**. Any change in your earnings after that date will not affect your Predisability Earnings.

**Sole Proprietors, Partners, and S-Corporation Shareholders.** Predisability Earnings means your average monthly compensation from your Employer during the Employer's prior tax year. Your average monthly compensation is determined by adding the following amounts as reported on Schedule C, Schedule K-1, Form W-2, or S-Corporation federal income tax return, and dividing by 12:

* Your ordinary income (loss) from trade or business activity(ies);

* Your guaranteed payments, if you are a partner; and

* Your compensation (as an officer), salary, and wages, if you are an S-corporation shareholder.

If you were not a sole proprietor, partner, or shareholder of the Employer during the entire prior tax year, your Predisability Earnings will be your average monthly compensation for your period as a sole proprietor, partner, or shareholder.

**All Other Members.** Predisability Earnings means your monthly rate of earnings from your Employer, including:

* Commissions averaged over the Earnings Period shown in the **Specifications** or over the period of your employment if less than the Earnings Period; and

* Shift differential pay.

Predisability Earnings does not include:

* Overtime pay; and

* Any other extra compensation.

If you are paid on an annual contract basis, your monthly rate of earnings is one-twelfth (1/12th) of your annual contract salary.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

**All Members.** Predisability Earnings includes contributions you make through a salary reduction agreement with your Employer to:

* An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement;

LTD Summary of Insurance Benefits
L674206

    \*    An executive, nonqualified deferred compensation arrangement; or

    \*    An IRC Section 125 plan.

      Predisability Earnings does not include your Employer's contributions on your behalf to any deferred compensation arrangement, pension plan, or benefit plan.

**CPI-W.** This is the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. If the CPI-W is discontinued or changed, the Company may use a comparable index. Where required, the Company will obtain prior state approval of the new index.

**Indexed Predisability Earnings.** This is your Predisability Earnings adjusted by the rate of increase in the CPI-W. During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

**Injury.** This is an injury to your body.

**Physician Or Practitioner.** This is a licensed medical professional, other than yourself, acting within the scope of the license. If Disability is primarily due to any Mental Disorder, Physician or Practitioner means a psychiatrist or licensed doctoral level psychologist, other than yourself.

**Pregnancy.** This is your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

**Sickness.** This is your sickness, illness, or disease.

**2.3 DEFINITION OF DISABILITY**

      You are Disabled if you meet one of the following definitions during the period it applies:

    \*    Own Occupation Definition of Disability;

    \*    Any Occupation Definition of Disability; or

    \*    Partial Disability Definition.

**Own Occupation Definition Of Disability.**

      During the period preceding your Beginning Date and during the Own Occupation Period you are required to be Disabled only from your Own Occupation.

      You are Disabled from your Own Occupation if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

      You may meet the Own Occupation Definition of Disability while working in another occupation.

**Any Occupation Definition Of Disability.**

      During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training, and experience.

**Partial Disability Definition.**

During the period preceding your Beginning Date and during the Own Occupation Period, you are Partially Disabled if you are working in your Own Occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn more than the Own Occupation Income Level.

During the Any Occupation Period, you are Partially Disabled if you are working in an occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn more than the Any Occupation Income Level in that occupation and in all other occupations for which you are reasonably suited under the Any Occupation Definition of Disability.

Your Any Occupation Period, Any Occupation Income Level, Own Occupation Period, and Own Occupation Income Level are shown in the **Specifications**.

**Own Occupation.** This is any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with your Employer. Your Own Occupation is not limited to your specific job with your Employer or to your specific area of specialization, interest or expertise within the general occupation.

**Material Duties.** These are the essential tasks, functions and operations and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

### 2.4 WORKING WHILE DISABLED

You may accrue days toward the Beginning Date while working if you are Disabled.

During the Maximum Benefit Period benefits are payable while you are working if you are Disabled. However, your Work Earnings will be used to reduce your benefit as shown in **Section 2.5 Benefit Amounts**.

### 2.5 BENEFIT AMOUNTS

The benefit payable during your Disability will be one of the benefits described in this section, subject to the Maximum Benefit and Minimum Benefit shown in the **Specifications**.

**LTD Benefit.** The LTD Benefit will be paid if you do not have Work Earnings. Your LTD Benefit is shown in the **Specifications**.

**Proportionate Benefit.** The Proportionate Benefit is paid in place of your LTD Benefit, if you are working while Disabled. Your Proportionate Benefit equals your LTD Benefit, multiplied by your Loss Of Earnings, divided by your Indexed Predisability Earnings.

Thus, the Proportionate Benefit is determined as follows:

$$\frac{LTD\ Benefit}{Indexed\ Predisability\ Earnings} \times Loss\ Of\ Earnings = Proportionate\ Benefit$$

**Loss Of Earnings.** This means your Indexed Predisability Earnings minus your Work Earnings.

**Work Earnings.** This is your gross monthly earnings from work you perform while Disabled, including earnings from your Employer, any other employer, or self-employment. Your earnings will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, the Company will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, the Company will use a reasonable one.

**Benefit Amount For Partial Month.** When a Disability lasts for a part of a month, an amount equal to the benefit otherwise payable, divided by the number of days in the month, is payable for each day you are Disabled.

### 2.6 WAIVER OF PREMIUM

The Company will waive premiums for your insurance while benefits are payable to you.

### 2.7 SURVIVOR BENEFIT

If you die while benefits are payable, a Survivor Benefit is payable. The amount of the Survivor Benefit is shown in the **Specifications**. The Survivor Benefit will first be applied to reduce any overpayment of your claim. The Company will pay the remaining Survivor Benefit, if any, to its choice of one or more of the following:

* Your spouse;

* Your children;

* Any person providing care and support for any of them; or

* Your estate.

### 2.8 ASSIGNMENT

The rights and benefits under the Summary Of Insurance Benefits are not assignable.

### 2.9 CONTINUATION OF BENEFITS

Your right to receive benefits for a period of Disability which begins while you are insured will not be affected by:

* Termination or amendment of the Policy or termination or amendment of your Employer's participation under the Policy after you become Disabled; or

* Termination of your insurance while the Policy remains in force or while your Employer's participation under the Policy remains in force.

### 2.10 WHEN BENEFITS END

Your benefits end automatically on the earliest of:

* The date you are no longer Disabled;

* The date your Maximum Benefit Period ends;

* The date you die; and

     *    The date benefits become payable under any other group LTD insurance policy under which you become insured during a period of Temporary Recovery.

## 2.11 REHABILITATION BENEFIT

At your request, the Company will consider joining in a program to rehabilitate you. The Company's role in the program will be determined by written agreement with you. Benefits will continue during the program under the terms of the agreement.

## 2.12 REASONABLE ACCOMODATION EXPENSE BENEFIT

At the Employer's request, a Reasonable Accommodation Expense Benefit may be payable to the Employer, if you return to work in any occupation for your Employer as a result of a reasonable accommodation made by your Employer. A Reasonable Accommodation Expense Benefit, in an amount determined by us, will be payable to your Employer only if the reasonable accommodation is approved by us in writing.

## SECTION 3. BENEFIT PROVISIONS

## 3.1 OTHER INCOME

**Other Income.** The amounts below are Other Income unless shown in **Section 3.2 Exceptions To Other Income**:

*    Any amount you receive or are eligible to receive as a result of your disability from:

     (1) Any workers' compensation act or similar law including amounts for partial or total disability, whether permanent, temporary, or vocational; and

     (2) Any state disability income benefit law or similar law.

*    Any amount you receive or are eligible to receive from your Employer's retirement plan due to disability or retirement;

*    The Social Security Offset shown in the **Specifications**;

*    The Sick Pay or Salary Continuation Offset shown in the **Specifications**; and

*    Any amount you receive or are eligible to receive due to compromise, settlement, or other method as a result of a claim for Other Income, whether disputed or undisputed.

## 3.2 EXCEPTIONS TO OTHER INCOME

Other Income does not include:

*    Cost of living increases in Other Income which become effective while you are Disabled and while you are eligible for that Other Income.

*    Reimbursement for hospital, medical, or surgical expense.

*    Reasonable attorneys fees incurred in connection with a claim for Other Income.

*    Benefits paid under:

(1) California Workers' Compensation benefits for permanent total or permanent partial disabilities.

* Early retirement benefits under the Federal Social Security Act which are not actually received.

* The following amounts under your Employer's retirement plan:

    (1) A lump sum distribution of your entire interest in the plan;

    (2) Any amount which is attributable to your contributions to the plan; or

    (3) Any amount you could have received upon termination of employment without being disabled or retired.

* Benefits from a:

    (1) Profit sharing plan;

    (2) Thrift or savings plan;

    (3) Deferred compensation plan;

    (4) Plan under IRC Section 401(k), 408(k), or 457;

    (5) Individual Retirement Account (IRA);

    (6) Tax Sheltered Annuity (TSA) under IRC Section 403(b);

    (7) Stock ownership plan;

    (8) Keogh (HR-10) plan; or

    (9) A retirement plan under a professional service corporation with respect to principals.

## 3.3 RULES FOR OTHER INCOME

**Monthly Equivalents.** Each month the Company will determine your benefit using the Other Income attributable to the same monthly period, even if you actually receive the Other Income in another month.

If you are paid Other Income in a lump sum or by a method other than monthly, the Company will determine your benefit using a prorated amount. The Company will use the period of time to which the Other Income applies. If no period of time is stated, the Company will use a reasonable one.

**Your Duty To Pursue Other Income.** You must pursue Other Income for which you may be eligible. The Company may ask for written documentation of your pursuit of Other Income. You must provide satisfactory documentation within 60 days after the Company mails you a request. Otherwise, the Company may reduce your benefits by the amount the Company estimates you would be eligible to receive upon proper pursuit of the Other Income. You must notify the Company of the amount of the Other Income when it is approved.

**Overpayment Of Claim.** You must immediately repay the Company any overpayment of your claim. The Company will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by the Company. You will not receive any benefits until the Company has been repaid in full. In the meantime, any benefits paid, including the Minimum Benefit, will be applied to

reduce the amount of the overpayment.  The Company may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after the Company first mails you notice of the amount of the overpayment.

### 3.4 TEMPORARY RECOVERY AND SEPARATE DISABILITIES

You may temporarily recover from your Disability, and then become Disabled again from the same cause or causes, without having to start accruing days toward a new Beginning Date.

**Temporary Recovery.**  This means you cease to be Disabled for no more than the following allowable periods:

**Allowable Periods.**

* Before the Beginning Date: 30 days.

* During the Maximum Benefit Period: 180 days for each period of recovery.

**Effect Of Your Temporary Recovery.**

* The Predisability Earnings used to determine your benefit will not change.

* The period of Temporary Recovery will not count toward your Beginning Date, Own Occupation Period, or Maximum Benefit Period.

* No benefits will be payable for the period of Temporary Recovery.

* No benefits will be payable after benefits become payable to you under any other group long term disability insurance policy under which you become insured during your period of Temporary Recovery.

* Except as stated above, the provisions of the Policy will be applied as if there had been no interruption of your Disability.

**Separate Disabilities.**  Each time you cease to be Disabled for more than the allowable period, a new Beginning Date, Own Occupation Period, and Maximum Benefit Period apply.

### 3.5 EXTENDED DISABILITY

If a period of Disability is extended by a new cause while benefits are payable, benefits will continue while you remain Disabled.  However:

* Benefits will not continue beyond the end of the original Maximum Benefit Period; and

* **Section 5. Exclusions And Limitations** will apply to the new cause of Disability.

### 3.6 MISSTATEMENT OF AGE

If a person's age has been misstated, the Company will make an equitable adjustment of premiums, benefits, or both.  The adjustment will be based on:

* The amount of insurance based on the correct age; and

* The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

## SECTION 4. CONTINUITY OF COVERAGE

The Continuity of Coverage provision changes other provisions found in the Summary Of Insurance Benefits.

**Waiver Of Active Work Requirement.** If you were insured under the Prior Plan on the day before the effective date of your Employer's participation under the Policy, you can become insured on the effective date of your Employer's participation under the Policy without meeting the Active Work Requirement.

The benefit payable for a period of continuous Disability beginning before you meet the Active Work Requirement will be:

* The monthly benefit which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by

* Any benefits payable under the Prior Plan.

There is no Minimum Benefit if there is a reduction because of benefits payable under the Prior Plan.

**Waiver Of Preexisting Conditions.** If your Disability is subject to the Preexisting Condition Exclusion, benefits will still be payable if:

* You were insured under the Prior Plan on the day before the effective date of your Employer's participation under the Policy;

* You became insured under the Summary Of Insurance Benefits when your insurance under the Prior Plan ceased;

* You were continuously insured under the Summary Of Insurance Benefits from the effective date of your insurance under the Summary Of Insurance Benefits through the date you became Disabled from the Preexisting Condition; and

* Benefits would have been payable under the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

Payment of your benefit will be under the terms of the Prior Plan or the Summary Of Insurance Benefits, whichever pays less.

## SECTION 5. EXCLUSIONS AND LIMITATIONS

### 5.1 PREEXISTING CONDITION EXCLUSION

You are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled:

* You have been continuously insured under the Policy for the entire Exclusion Period shown in the Specifications; and

* You have been Actively At Work for at least one full day after the end of the Exclusion Period.

With respect to an Insurance Increase, you are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled:

* You have been continuously insured for the Insurance Increase for the entire Exclusion Period shown in the **Specifications**; and

* You have been Actively At Work for at least one full day after the end of the Exclusion Period.

**Preexisting Condition.** This is a mental or physical condition for which you have consulted a Physician Or Practitioner, received medical treatment or services, or taken prescribed drugs or medications at any time during the Preexisting Condition Period shown in the **Specifications**.

**Insurance Increase.** This is an increase in the amount of your benefit, an increase in your Maximum Benefit Period, or a decrease in the length of the period before your Beginning Date caused by a change in the provisions of the Summary Of Insurance Benefits selected by your Employer.

### 5.2 OTHER EXCLUSIONS

You are not covered for a Disability:

* Caused or contributed to by intentionally self-inflicted injury, while sane or insane; or

* Caused or contributed to by War or any act of War.

**War.** This is declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

### 5.3 LIMITATIONS

**Mental Disorder And Substance Abuse Or Dependency.** Benefits will not be provided for more than 24 monthly benefit periods in total for your lifetime for all disabilities or losses primarily due to any Mental Disorder, or Substance Abuse Or Dependency. This limitation will not apply if at the end of 24 months of benefits, you are continuously confined in a hospital and are continuously confined thereafter. For purposes of this limitation:

**Mental Disorder.** This is any disease, condition or disorder, whether organic or inorganic, customarily within the scope of treatment of psychiatrists, psychologists, psychotherapists or counselors. This includes, but is not limited to:

* psychosis, psychoneurosis, anxiety and depression; and

* behavioral, adjustment, emotional, personality and stress-related disorders.

**Substance Abuse Or Dependency.** This includes drug abuse, alcohol abuse or chemical dependency.

**Hospital.** This means a legally operated facility identified as a hospital and providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. "Hospital" does not include rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care.

**Care Of A Physician Or Practitioner.**   You must be under the ongoing care of a Physician Or Practitioner. No benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician Or Practitioner.

## SECTION 6. TERMINATION

### 6.1 WHEN INSURANCE ENDS

Your insurance ends automatically on the earliest of:

* The date the last period ends for which you made a premium contribution, if your insurance is Contributory;

* The date the Policy terminates;

* The date your Employer's participation under the Policy terminates;

* The date your employment terminates; and

* The date you cease to be a Member. However, if you cease to be a Member because you are not working the required minimum number of hours, your insurance will be continued during the following periods, unless it ends on one of the dates shown above:

    (1) While you are receiving from your Employer at least the amount of Predisability Earnings in effect immediately before you ceased to be a Member;

    (2) While you are Disabled before the Beginning Date and while benefits are payable;

    (3) During a leave of absence if continuation of your insurance under the Policy is required by the state mandated family or medical leave act or law; or

    (4) During any other leave of absence approved by your Employer in advance and in writing and scheduled to last the period shown in the **Specifications**.

### 6.2 REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

* If your insurance ends because you cease to be a Member, and if you become a Member again within 90 days, the Eligibility Waiting Period For Insurance will be waived;

* If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again, if your insurance is Contributory;

* If your insurance ends because you are on a federal or state mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state mandated family or medical leave act or law; and

* The Preexisting Condition Exclusion will be applied as if there had been no break in your insurance in the following instances:

    (1) If you become insured again within 90 days.

(2) If required by a federal or state mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

## 6.3 CONVERSION OF INSURANCE

When your insurance under the Summary Of Insurance Benefits ends, you may have a right to purchase Group LTD conversion insurance.

**Right To Convert.** You have the right to convert, if:

* Insurance ends because:

    (1) You are promoted out of the class(es) of eligible Members; or

    (2) Your employment ends for any reason other than retirement;

* You have been insured under your Employer's LTD insurance program for at least one year on the date insurance ends;

* You are not Disabled on the date insurance ends;

* You are a citizen or resident of the United States or Canada; and

* You are not eligible for insurance under any employer's LTD insurance program.

**Exercising The Right To Convert.** To exercise the right to convert you must:

* Complete the Company's application form in writing and pay the first premium for converted insurance to the Company's Group Insurance Administration office within the first 31 days after insurance ends; and

* Select an available benefit amount.

If you exercise your right to convert, the converted insurance will become effective on the day after your insurance under the Summary Of Insurance Benefits ends.

**Group LTD Conversion Insurance.** If you choose to convert to group LTD conversion insurance, the benefit amount you select may not exceed the smallest of:

* $4,000 without Evidence Of Insurability or up to $8,000 if Evidence Of Insurability is approved;

* 60% of your Predisability Earnings on the date insurance ended; and

* The Maximum Benefit payable if you had become Disabled on the day before insurance ended.

The maximum group LTD conversion insurance benefit is reduced by other income. The certificate the Company will issue to you when your group LTD conversion insurance becomes effective contains provisions which differ from the Summary Of Insurance Benefits.

## SECTION 7. CLAIMS

### 7.1 FILING A CLAIM

Claims should be filed on the Company's forms.  If you do not receive the Company's forms within 15 days after you ask for them, you may submit your claim in a letter to the Company.  The letter should include the date your disability began, and the cause and nature of your disability.

### 7.2 PROOF OF LOSS

You must give the Company satisfactory Proof Of Loss within 90 days after the Beginning Date. If you cannot do so, you must give it to the Company as soon as reasonably possible, but not later than one year after that 90 day period.  If Proof Of Loss is filed outside these time limits, your claim will be denied.  These limits will not apply while you lack legal capacity.

**Proof Of Loss.**  This means written proof that you are Disabled and entitled to benefits.  Proof Of Loss must be provided at your expense.

### 7.3 DOCUMENTATION

At your expense, you must submit completed claims statements, your signed authorization for the Company to obtain information, and any other items the Company may reasonably require in support of your claim.  If you do not provide the documentation within 45 days after the Company mails you a request, your claim may be denied.

### 7.4 TIME OF PAYMENT

The Company will pay benefits within 60 days after you provide satisfactory Proof Of Loss. Benefits will be paid at the end of each month you qualify for them.

### 7.5 PAYMENT OF CLAIM

Benefits will be paid to you.  Benefits remaining unpaid at your death will be paid to the recipient of the Survivor Benefit.

### 7.6 INVESTIGATION OF CLAIM

The Company may investigate your claim at any time.  At its own expense, the Company may have you and your financial records examined as often as is reasonably necessary.  This will be done by specialists of the Company's choice.  The Company may deny or suspend benefits if you fail to attend an examination or cooperate with the examiner.

### 7.7 NOTICE OF DECISION ON CLAIM

The Company will evaluate your claim promptly after you file it.  Within 45 days after the Company receives your claim the Company will send you:  (a) a written decision on your claim; or (b) a notice that the Company is extending the period to decide your claim for 30 days.  Before the end of this extension period the Company will send you:  (a) a written decision on your claim; or (b) a notice that the Company is extending the period to decide your claim for an additional 30 days.  If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If the Company extends the period to decide your claim, the Company will notify you of the following:  (a) the reasons for the extension; (b) when the Company expects to decide your claim; (c) an

explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information the Company needs to resolve those issues.

If the Company requests additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, the Company may decide your claim based on the information the Company has received.

If the Company denies any part of your claim, you will receive a written notice of denial containing:

* The reasons for the decision.

* Reference to the parts of the Summary Of Insurance Benefits on which the decision is based.

* Reference to any internal rule or guideline relied upon in making the decision.

* A description of any additional information needed to support your claim.

* Information concerning your right to a review of the decision.

* Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

## 7.8 REVIEW PROCEDURE

If all or part of a claim is denied, you may request a review. You must request a review in writing within 180 days after you receive notice of the denial.

You may send the Company written comments or other items to support your claim. You may review and receive copies of any non-privileged information that is relevant to your request for review. There will be no charge for such copies. You may request the names of medical or vocational experts who provided advice to the Company about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement in connection with the denied claim and will not be subordinate to that person. The Company's review will include any written comments or other items you submit to support your claim.

The Company will review your claim promptly after the Company receives your request. Within 45 days after the Company receives your request for review the Company will send you: (a) a written decision on review; or (b) a notice that the Company is extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If the Company extends the review period, the Company will notify you of the following: (a) the reasons for the extension; (b) when the Company expects to decide your claim on review; and (c) any additional information the Company needs to decide your claim.

If the Company requests additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, the Company may conclude the review of your claim based on the information the Company has received.

If the Company denies any part of your claim on review, you will receive a written notice of denial containing:

* The reasons for the decision.

* Reference to the parts of the Summary Of Insurance Benefits on which the decision is based.

* Reference to any internal rule or guideline relied upon in making the decision.

* Information concerning your right to receive free of charge copies of non-privileged documents and records relevant to your claim.

* Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Summary Of Insurance Benefits does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

## 7.9 TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given the Company Proof Of Loss. No such action may be brought more than three years after the end of the period within which Proof Of Loss is required to be given.

## SECTION 8. ALLOCATION OF AUTHORITY

Except for those functions which the Policy and the Summary Of Insurance Benefits specifically reserves to the Policyowner or Employer, the Company has full and exclusive authority to control and manage the Policy and Summary Of Insurance Benefits, to administer claims, and to interpret the Policy and the Summary Of Insurance Benefits and resolve all questions arising in the administration, interpretation, and application of the Policy and Summary Of Insurance Benefits.

The Company's authority includes, but is not limited to:

* The right to resolve all matters when a review has been requested;

* The right to establish and enforce rules and procedures for the administration of the Policy and the Summary of Insurance Benefits and any claim under them;

* The right to determine:

    (1) Your eligibility for insurance;

    (2) Your entitlement to benefits;

    (3) The amount of benefits payable to you;

    (4) The sufficiency and the amount of information the Company may reasonably require to determine 1, 2, or 3 above.

Subject to the review procedures of the Policy and the Summary Of Insurance Benefits, any decision the Company makes in the exercise of the Company's authority is conclusive and binding.

## SECTION 9. PREMIUMS

### 9.1 AMOUNTS

The premium due on each Premium Due Date is the sum of the premiums for all Members then insured. The Employer determines the amount, if any, of each insured Member's contribution toward the cost of insurance.

### 9.2 CHANGES

The Company may change Premium Rates when:

* A change in law or governmental regulation affects the amount payable under the Summary Of Insurance Benefits. Any such change in Premium Rates will reflect only the change in the Company's obligations;

* With respect to an Employer, the number of insured Members employed by the Employer changes by 25% or more; or

* The Company and the Policyowner mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in the **Specifications**. Thereafter, the Company may change Premium Rates upon advance written notice to the Policyowner or Employer. The minimum advance notice is shown in the **Specifications** as the Advance Notice Period. Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year. Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

### 9.3 PAYMENT OF PREMIUM

All premiums are due on the Premium Due Dates shown in the **Specifications**.

Each premium is payable on or before its Premium Due Date directly to the Company's Group Administration Office. The payment of each premium by the Policyowner as it becomes due will maintain the Policy in force until the next Premium Due Date. The payment of each premium by the Employer as it becomes due will maintain the Employer's participation in force under the Policy until the next Premium Due Date.

### 9.4 GRACE PERIOD

The Grace Period shown in the **Specifications** will be allowed for payment of a premium that is not paid on its due date. With respect to payment of premium by the Policyowner, the Policy will remain in force during the Grace Period. With respect to payment of premium by the Employer, the Employer's participation under the Policy will remain in force during the Grace Period.

If the premium is not paid by the Policyowner during the Grace Period, the Policy will terminate automatically at the end of the Grace Period. If the premium is not paid by the Employer during the Grace Period, the Employer's participation under the Policy will terminate automatically at the end of the Grace Period.

The Policyowner and Employer are liable for the payment of premium for coverage provided during the Grace Period. The Company may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

## 9.5 PREMIUM ADJUSTMENTS

Premium adjustments involving a return of unearned premiums to the Policyowner or Employer will be limited to the 12 months just before the date the Company receives a request for premium adjustment.

## SECTION 10. THE CONTRACT

### 10.1 ENTIRE CONTRACT, CHANGES

As to the Policyowner, the entire contract consists of:

* The Policy;

* The Summary Of Insurance Benefits; and

* The applications of the Policyowner and the Employer.

A copy of the Policyowner's application is attached to the Policy when issued.

The Policy contains numerous optional and variable provisions. Only those provisions which appear in the Employer's Summary Of Insurance Benefits will apply to the Employer's participation under the Policy.

As to the Employer's participation under the Policy, it consists of:

* The Summary Of Insurance Benefits; and

* The application of the Employer.

The Policy or Summary Of Insurance Benefits may be changed in whole or in part. No change in the Policy will be valid unless it is approved in writing by one of the Company's executive officers and given to the Policyowner for attachment to the Policy. No change in the Summary Of Insurance Benefits will be valid unless it is approved in writing by one of the Company's executive officers and given to the Employer. No agent has authority to change the Policy or the Summary Of Insurance Benefits or to waive any of its provisions.

### 10.2 DIVIDENDS

While the Policy is in force, it will be credited with its share, if any, of the divisible surplus in the form of dividends which the Company may declare.

If required by state law, the Policyowner will use, for the sole benefit of the insured Members, the amount of such dividends or rate reductions which exceeds the Policyowner's expenditure for insurance under the Policy.

### 10.3 CERTIFICATES

The Company will issue certificates to the Employer showing the coverage under the Summary Of Insurance Benefits. The Employer will distribute a certificate to each insured Member.

LTD Summary of Insurance Benefits
L674206

## 10.4 RECORDS AND REPORTS

The Policyowner will furnish on the Company's forms all information reasonably necessary to administer the Policy. The Company has the right at all reasonable times to inspect the payroll and other records of the Policyowner which relate to insurance under the Policy.

The Employer will furnish on the Company's forms all information reasonably necessary to administer the Summary Of Insurance benefits. The Company has the right at all reasonable times to inspect the payroll and other records of the Employer which relate to insurance under the Summary Of Insurance Benefits.

Clerical error by the Policyowner or Employer will not:

* Cause a person to become insured;

* Invalidate insurance otherwise validly in force;

* Continue insurance otherwise validly terminated; or

* Cause an Employer to become a participant under the Policy.

## 10.5 EFFECT ON WORKERS' COMPENSATION, STATE DISABILITY INSURANCE

The coverage provided under the Policy and the Summary Of Insurance Benefits is not a substitute for coverage under a workers' compensation or state disability income benefit law. Neither the Policy nor the Summary Of Insurance Benefits relieves the Policyowner or the Employer of any obligation to provide such coverage.

## 10.6 TERMINATION OF CONTRACT

The Policyowner may terminate the Policy and an Employer may terminate participation under the Policy by giving the Company advance written notice. The effective date of termination will be the later of:

* The date stated in the notice; and

* The date the Company receives the notice.

The Company may terminate the Policy or an Employer's participation under the Policy upon advance written notice as follows:

* On any Premium Due Date if the number of persons insured is less than the Minimum Participation Number or less than the Minimum Participation Percentage shown in the **Specifications**.

* On any Premium Due Date if the Company determines that the Policyowner or Employer has failed to promptly furnish any necessary information requested by the Company, or has failed to perform any other obligations relating to the Policy or participation under the Policy.

The minimum advance notice is shown in the **Specifications** as the Advance Notice Period.

## 10.7 EMPLOYER PARTICIPATION UNDER THE POLICY

An Employer must apply in writing for participation under the Policy by submitting a completed participation agreement.  No participation under the Policy is in effect until approved in writing by the Company.

LTD Summary of Insurance Benefits
L674206

674206


**Northwestern Mutual®**
The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177

## NORTHWESTERN MUTUAL LIFE GROUP INSURANCE TRUST
## EMPLOYER APPLICATION AND PARTICIPATION AGREEMENT

Complete this form to: apply for group insurance coverage, including any optional plan benefits; join The Northwestern Mutual Life Group Insurance Trust which offers these programs.
Check each section before you sign. Your signature applies to all sections.

**Section I: General Information** Integrated Interventional Pain Management Medifile

Employer's Full Legal Name: The Beth El Clinic PC

Business Address: 4554 E. Inverness Ave. Ste. A
(street)

Mesa, AZ 85206 Phone No. (480) 892-5313
(city, state, zip)

Billing Address: _____
(street)

_____ Phone No. (____)_____
(city, state, zip)

Employer Tax ID Number: 900378138

Plan Number: _____

Nature of Business: Medical Office

Length of Time in Business (2 yr. min.): Since 2004

Affiliates to be Covered: N/A

Requested Effective Date: 1/20/09

**Note: This application must be submitted prior to the requested Effective Date. The actual Effective Date will be determined by Northwestern Mutual Life. If this application is approved, coverage for employees will not become effective until each employee: completes any required Eligibility Waiting Period, satisfies any applicable Evidence Of Insurability requirement, and meets the Active Work Requirement.**

If this insurance replaces or supplements other insurance:
☐ Replace: Type of Coverage: N/A
   Policy #: _____ Carrier: _____
☐ Supplement: Type of Coverage: _____
   Policy #: _____ Carrier: _____

Please provide a copy of the prior carrier's policy or certificate.
Have you previously had The Northwestern Mutual Life Group Insurance Trust coverage? N/A
   ☐ Yes ☐ No   Employer ID #: _____

The following persons who are working at least 30 hours each week will be eligible:
☒ All active employees, including partners or sole proprietor.
☒ All active management, administrative, sales, supervisory and clerical employees, including partners or sole proprietor.

Employees: Total _5_ Eligible _5_ Applying _5_

---

**Eligibility Waiting Period:**
There is no waiting period on the Effective Date of participation. After Effective Date, first of the month coinciding with or next following:
☐ Date of Hire      ☐ 30 days      ☐ 60 days
☒ 90 days           ☐ 180 days

**Percentage of Employer's Contribution**
(minimum 50%: _100_ %)

**Section II: Benefits**
Check Coverages and Options Desired:
A. Group Long Term Disability: ☒ Yes ☐ No
   Beginning Date: ☐ 31st Day ☒ 91st Day ☐ 181st Day
B. Group Short Term Disability: ☐ Yes ☐ No
   Maximum Benefit Period: ☐ 13 weeks ☐ 26 weeks

**Section III: Agreements**
A. Participation
   We hereby elect to participate in The Northwestern Mutual Life Group Insurance Trust and agree to be bound by the terms of the Trust Agreement and any amendments to it.
   We request participation under the Group Insurance policy(ies) issued to the Trustee for the coverage we have elected. We agree that no coverage takes effect until it is approved in writing by Northwestern Mutual Life. We acknowledge that the Group Policy(ies) under which insurance is provided contain(s) numerous optional and variable provisions. We understand and agree that only those provisions which appear in the Summary Of Insurance Benefits provided upon approval of participation will apply to our insurance coverage. We agree that we are bound by all the terms of the Summary Of Insurance Benefits, and any amendments thereto.
   We agree that if this application is not accepted, any premium advanced by us shall be refunded.
   We agree to make coverage available to all present and future eligible employees. We agree that each employee must meet all requirements before insurance will become effective.
   We understand that a minimum of three eligible employees must apply and qualify for a selected coverage before that coverage will take effect. We understand that coverage will terminate on any Premium Due Date if our group's participation falls below two insured employees.
   We also agree to:
   (1) Provide Northwestern Mutual Life with the name of each employee to be insured, and all information necessary to determine: (a) the amount of benefits (including changes); (b) the effective date of insurance; and (c) the premium to be charged.
   (2) Distribute a Certificate to each insured employee.
   (3) Allow Northwestern Mutual Life to inspect all records relating to the provisions of the Summary Of Insurance Benefits.

**RECEIVED**

**JAN 2 6 2009**   (4/06)

674206

(4) Remit the cost of insurance on each Premium Due Date in the form of a check payable to The Northwestern Mutual Life Insurance Company.

We agree that Northwestern Mutual Life may act as our agent under the Trust Agreement, but only to determine and authorize compensation to the Trustee for its services, and to name Successor Trustees.

We agree that for purposes of the Employee Retirement Income Security Act of 1974 we, and not Northwestern Mutual Life, are the: Plan Sponsor, Administrator and Named Fiduciary of the employee welfare benefit plan(s) pursuant to which the insured benefit herein applied for will be paid.

We understand that a copy of The Northwestern Mutual Life Group Insurance Trust Agreement will be made available to us at any time without charge.

B.  Request for Service from The Northwestern Mutual Life Insurance Company

We would like to retain Northwestern Mutual Life to administer, by billing or otherwise, the payment of our share of the premiums due under any insurance policy issued to The Northwestern Mutual Life Group Insurance Trust that provides coverage for our employees. We want Northwestern Mutual Life to exert reasonable efforts on our behalf for the purpose of seeing to it that our share of such premiums is paid in a timely fashion by us or by our employees, where appropriate.

We also request that Northwestern Mutual Life perform such other administrative services as we and Northwestern Mutual Life may mutually agree upon in connection with our employees' welfare benefit plan that provides benefit coverage through any policy issued to The Northwestern Mutual Life Group Insurance Trust, provided, however, that no such administrative services shall involve the exercise of discretion by Northwestern Mutual Life.

We agree that no services are being requested of, or will be provided by, Northwestern Mutual Life in connection with our responsibilities as: Plan Sponsor, Administrator and Named Fiduciary.

We agree that it is our responsibility to comply with: Federal, state and local laws and regulations which govern employment relationships and the provision of fringe benefits. We agree to indemnify and hold Northwestern Mutual Life and the Trustee, and their employees, agents and representatives, harmless from any and all liability which may arise because of our failure to comply with such laws.

We understand that insurance under the Summary Of Insurance Benefits is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve us of any obligation to provide such coverage.

We understand that the Agent identified on page 3 is, for the purpose of these programs only, licensed and is or will be appointed by Northwestern Mutual Life.

## Section IV: Signature

I hereby represent that all statements on this document are complete and true to the best of my knowledge and belief. I understand that The Northwestern Mutual Life Insurance Company will rely on these statements as the basis for approving this application. I have read and understand the information herein.

I have also read and understand The Northwestern Mutual Life Group Insurance Trust coverage brochure which explains the benefit options I have selected. I understand that the Summary Of Insurance Benefits and Certificate(s) contain Exclusions and Limitations that are not stated in this Employer Application And Participation Agreement.

**Fraud Notices**

Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false, or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending on the state. Such actions may be deemed a felony and substantial fines may be imposed.

ARKANSAS, DISTRICT OF COLUMBIA, KENTUCKY, NEW MEXICO AND OHIO: Some states require us to inform you that any person who knowingly and with intent to injure, defraud or deceive an insurance company, or other person, files a statement containing false, or misleading information concerning any fact material hereto commits a fraudulent insurance act which is subject to civil and/or criminal penalties, depending on the state. Such actions may be deemed a felony and substantial fines may be imposed.

COLORADO: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

FLORIDA: Any person who knowingly and with intent to injure, defraud or deceive an insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree.

NEW JERSEY: Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

PENNSYLVANIA: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

By: _____
Signature of Authorized Company Officer

Title: _____Owner_____   Date: __1/20/2009__

RECEIVED

JAN 2 6 2009

NORTHWESTERN MUTUAL

674206

**Commission Credits:**
Number of Agents: _Two_

| | Agent Number | Agent Full Name (Last name first) | % Interest | Contract Type (P or S)* | Appointing Agent Number+ |
|---|---|---|---|---|---|
| Servicing Agent | 5 7 8 2 1 | Robbins, Neil E. | 50 0 | P | |
| | 0 9 3 6 2 | Scott, Angus R. | 50 0 | P | |
| | | | | | |
| | | | | | |

Servicing Agent Telephone (602) 808-3425

General Agent's Number [ ] [ ] [ ] [ ] [ ]

* Primary or Secondary
+ as indicated by Contract Type

General Agent's Stamp

District or Detached Agent Stamp
(Print address here for direct mailing or correspondence.)

| Vlasta Duffy Managing Partner Phoenix, AZ 001 | Northwestern Mutual Financial Network 2201 E. Camelback Rd. Suite 400 Phoenix, AZ 85016 |
|---|---|

RECEIVED

JAN 2 6 2009

NORTHWESTERN MUTUAL

Retain photocopy for your records.