UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Klee S. Bethel, M.D.,<br><br>          Plaintiff,<br><br>vs.<br><br>Northwestern Mutual Life Insurance Company,<br><br>          Defendant. | No. 2:14-cv-02667-PHX-SRB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

  This matter comes before this Court on the parties' stipulation to dismiss with prejudice. As there is good cause,

  IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

  Dated this 1st day of June, 2015.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge